UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FRANK ANTHONY MELCHOR,

        Petitioner,

Case No. 1:21-cv-122

v.

Honorable Paul L. Maloney

DARREL STEWARD,

        Respondent.

_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: February 11, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge