UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

FRANK ANTHONY MELCHOR,

        Petitioner,                          Case No. 1:21-cv-122

v.                                                 Honorable Paul L. Maloney

DARRELL STEWARD,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  February 11, 2021                      /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge